UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BEN CANDALRIA,

Plaintiff,

v.

ROBERT JONSEN, et al.,

Defendants.

Case No. 25-cv-07869-JSC

**ORDER OF DISMISSAL**

On November 19, 2025, the Court ordered Plaintiff to file an amended complaint on or before January 6, 2026. (ECF No. at 4:19.) He was cautioned that if he did not do so the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). (*Id.* at 4:25-26.) He has not filed an amended complaint, requested an extension of time, or shown cause why not.[1] This case is accordingly DISMISSED without prejudice for failure to prosecute under Rule 41(b).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 2, 2026

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] Plaintiff has filed several other new cases that will be addressed in separate orders.